MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
　　150 South Almaden Boulevard, Suite 900
　　San Jose, California 95113
　　Telephone: (408) 535-5596
　　Facsimile: (408) 535-5066
　　carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN GARCIA, ) <br> ) <br> Defendant. ) <br> ) | No.　09CR 620 RMW <br><br> STIPULATION AND <br> ORDER CONTINUING HEARING TO <br> October 31, 2011 |

　　The Parties, Richard Pointer and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for October 3, 2011 at 9am be vacated, and that the hearing be re-set for October 31, 2011 at 9am. The parties are requesting the continuance of the hearing for the continuity of counsel in light of the fact that this case will likely be re-assigned to defense attorney Richard Gordon by the CJA panel. Mr. Gordon was recently assigned to represent the defendant in case number 5:11-CR-638-EJD and it is expected that he will also be appointed to represent the defendant with respect to his supervised release violation.

1

DATED: September 28, 2011         MELINDA HAAG
                                  United States Attorney

                                  ___/s/_____
                                  Carolyne A. Sanin
                                  Special Assistant United States Attorney


                                  ___/s/_____
                                  Richard Pointer
                                  Attorney for Defendant


## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 3, 2011 at 9am is vacated, and the matter is continued to October 31, 2011 at 9am.

IT IS SO ORDERED.

DATED:"; 152133                    _____
                                   RONALD M. WHYTE
                                   UNITED STATES DISTRICT JUDGE