MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN GARCIA,<br><br>    Defendant. | No.   09CR 620 RMW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING TO<br>NOVEMBER 7, 2011 |

The Parties, Richard Pointer and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for October 31, 2011 at 9am be vacated, and that the hearing be re-set for November 7, 2011 at 9am. The parties are requesting the continuance of the hearing due to the unavailability of probation officer, Esmeralda Gupton, on October 31, 2011.

1

DATED: September 28, 2011

MELINDA HAAG  
United States Attorney

___/s/_____  
Carolyne A. Sanin  
Special Assistant United States Attorney

___/s/ Richard Pointer_____  
Richard Pointer  
Attorney for Defendant

### [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 31, 2011 at 9am is vacated, and the matter is continued to November 7, 2011 at 9am.

IT IS SO ORDERED.

DATED: 

_Ronald M. Whyte_  
RONALD M. WHYTE  
UNITED STATES DISTRICT JUDGE